THE STATE OF OHIO, APPELLANT, *v.* BAIRD, APPELLEE.

2016-Ohio-8466.]

(No. 2015–2019—Submitted December 20, 2016—Decided December 30, 2016.)

———————————

{¶ 1} This cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Judson J. Hawkins, for appellant.

Judith M. Kowalski, for appellee.